JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EUN YOUNG PARK, *et al.*, | ) No. 12-cv-664-~~GW~~-AJW (BRO) |
| | ) |
| Petitioner, | ) [ **ORDER GRANTING** |
| | ) **JOINT VOLUNTARY DISMISSAL** |
| v. | ) **PURSUANT TO FEDERAL RULE OF** |
| | ) **CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| ERIC H. HOLDER, Jr. | ) |
| Attorney General, *et al.*, | ) |
| | ) |
| Respondents. | ) U.S. District Judge |

# ~~(PROPOSED)~~ ORDER

Pursuant to the Joint Stipulated Dismissal agreed to and submitted by the parties in this action, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: 5.15.13            [signature]

United States District Judge